**David W. FERNANDES,**
**Plaintiff–Appellant,**

v.

**COMMISSIONER OF SOCIAL**
**SECURITY, Defendant–**
**Appellee.**

No. 10–15344.

United States Court of Appeals,
Ninth Circuit.

Submitted June 15, 2011.*

Filed July 7, 2011.

David Wayne Fernandes, III, Fresno, CA, pro se.

Elizabeth Firer, Special Assistant U.S., Social Security Administration Office of the General Counsel, San Francisco, CA, for Defendant–Appellee.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

MEMORANDUM ***

David W. Fernandes appeals pro se from the district court's judgment dismissing for lack of subject matter jurisdiction his action against the Commissioner of Social Security. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Subia v. Comm'r of Soc. Sec.*, 264 F.3d 899, 901 (9th Cir.2001). We affirm.

The district court properly dismissed Fernandes's action for lack of subject matter jurisdiction because Fernandes, through counsel, withdrew his request for a hearing before an administrative law judge and thus failed to exhaust his administrative remedies, and he failed to allege a colorable constitutional claim. *See id.* at 902–03.

Fernandes's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

